UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. VASQUEZ,<br><br>          Petitioner,<br><br>    v.<br><br>F. FOULK, WARDEN,<br><br>          Respondent. | CASE NO. CV 14-1200-JLS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 24, 2014.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Judgment.wpd